U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

NOV 1 2 2014

TONY R. MOORE, CLERK
BY ______ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:14CR00207 |
| | * | 18 U.S.C. § 2251(a) |
| | * | 18 U.S.C. § 2423(b) |
| VERSUS | * | |
| | * | JUDGE MINALDI |
| | * | |
| FRANKIE MALDONADO | * | MAGISTRATE JUDGE KAY |

**INDICTMENT**

THE FEDERAL GRAND JURY CHARGES:

**COUNT 1**

**PRODUCTION OF CHILD PORNOGRAPHY**
**18 U.S.C. § 2251(a)**

On or about the 1st day of June, 2014, in the Western District of Louisiana, the defendant, FRANKIE MALDONADO, did persuade, induce, entice, coerce and use a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the sexually explicit conduct, having reason to know that the visual depiction would be transported in interstate commerce, all in violation of Title 18, United States Code, Section 2251(a) [18 U.S.C. § 2251(a)].

**COUNT 2**

**PRODUCTION OF CHILD PORNOGRAPHY**
**18 U.S.C. § 2251(a)**

On or about the 22nd day of June, 2014, in the Western District of Louisiana, the defendant, FRANKIE MALDONADO, did persuade, induce, entice, coerce and

use a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the sexually explicit conduct, using materials that had traveled in interstate commerce, all in violation of Title 18, United States Code, Section 2251(a) [18 U.S.C. § 2251(a)].

**COUNT 3**

**TRAVELING IN INTERSTATE COMMERCE FOR THE PURPOSE OF ENGAGING IN ILLICIT SEXUAL CONDUCT WITH A MINOR 18 U.S.C. 2423(b)**

On or about the 22nd day of June, 2014, in the Western District of Louisiana, the defendant, FRANKIE MALDONADO, did travel in interstate commerce for the purpose of engaging in illicit sexual conduct with a person who had not attained the age of eighteen (18), all in violation of Title 18, United States Code, Section 2423(b). [18 U.S.C. § 2423(b)].

A TRUE BILL:

[redacted]

FOREPERSON: FEDERAL GRAND JURY

STEPHANIE A. FINLEY
United States Attorney

BY: ______________________
JOHN LUKE WALKER (ID #18077)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette LA 70501-6832
Telephone: (337) 262-6618