STATE OF LOUISIANA           14th JUDICIAL DISTRICT COURT
vs. _____      PARISH OF CALCASIEU
Frankie Maldonado            STATE OF LOUISIANA
       Defendant
Filed _____      _____
                                    Deputy Clerk

RECEIVED
IN LAKE CHARLES, LA.
NOV 25 2015
TONY R. MOORE, CLERK
BY _____
        DEPUTY

## MOTION TO RECUSE ATTORNEY

NOW INTO COURT, in proper person, personally appears defendant through motion before court, who move this Honorable Court to recuse his attorney of record (Mr.)/Mrs. __Wayne J. Blanchard__ for the following reasons:

A. __Prejudice__: On or about March 2015 I prepared statements for trial and for Mr. Blanchard, I stated that I was @ a Spanish festival, he asked me why & what I was doing there? I said I'm Spanish, he said oh, I thought you were Italian, he was more interested as to why I was at the Spanish festival, than to the facts of my case for my defense. I did not see or hear from him until Nov. 10, 2015 when I sent him a letter stating that I was going to dismiss him off of my case.

B. __Neglect of Duty__: under Rule 1.2.(a)(b)(c), - Rule 1.3. & Rule 1.4.(a), (1),(2),(3),(4),(5),(6) - Rule 1.1. - Rule 1.16.

I was also told by Mr. Blanchard's office that I could not call collect any more from the only phone I have access to in the pod. I have to submit a request to the warden in order to use another phone to be able to call my attorney!

C. __Incompetency__: Rule 1.1. Competence, A lawyer shall provide competent representation to a client. Competent representation requires the legal knowledge, skill, thoroughness & "preparation" reasonably necessary for the "representation". He has nothing prepared & no defense!

_____          _Frankie Maldonado_
Date                                Attorney Pro-se

## PRAYER

For all reasons stated herein, defendant now prays that the Honorable Court grant the defendant's Motion to Recuse Attorney of record Mr. WAYNE J. BlANChArd And that the court finds just cause to appoint new counsel to represent him/her in the present criminal matter.

Done and Signed this 22 day of NOV. 20015

NOV. 22, 2015
Date

*Frankie Maldonado*
Attorney Pro-se

## CERTIFICATE OF SERVICE

I, Frankie Maldonado, do hereby certify under penalty of perjury that I have caused a True and Correct Copy of the foregoing <u>Motion to recuse Attorney</u> to be duly served upon the office of the Clerk of Court, and all Parties below listed as addressed, by placing same in the U.S. mail Depository on the 22 day of NOV, 2015 at the Calcasieu Correctional Center, 5410 East Broad Street, Lake Charles, Louisiana, 70615

1. Judge: Patricia Minaldi
Federal Court house
611 Broad Street.
Lake Charles, LA. 70601

2. Mr. Wayne J. Blanchard, Attorney at Law.
102 Versailles Boulevard
Suit 816 Lafayette
Louisiana. 70501

3. John L. Walker A.U.S.A.
800 Lafayette St.
Suite 2200
Lafayette, LA. 70501

_Frankie Maldonado_
Attorney in Pro-Se

## VERIFICATION

I Frankie Maldonado, do hereby verify under penalty of perjury that I am the Petitioner in the foregoing, that I have read and/or prepared all matters contained therein, and that all matters contained therein are true and correct to the best of my Knowledge and /or belief

NOV. 22, 2015
Date

_Frankie Maldonado_
Attorney in Pro-Se