UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

December 10, 2015

PRESENT: KATHLEEN KAY, Judge Presiding
DD JURANKA, Court Reporter
TINA BENOIT, Minute Clerk
COURT OPENED: 12:31PM                     COURT ADJOURNED: 1:47 PM
Statistical Time: /31

MINUTES OF COURT

*************************************************************************
CASE NO. 2:14-CR-00207-001
DEFENDANT: **FRANKIE MALDONADO**
GOV COUNSEL: John Luke Walker
DEFENSE COUNSEL: Wayne Blanchard
*************************************************************************

Case called for hearing on [27] Motion to Recuse Attorney filed by Frankie Maldonado, in proper person.

The courtroom was cleared of everyone but the defendant, his attorney and court personnel to have discussions on the record regarding the defendant's motion.

It was ORDERED that the recording be sealed as to the hearing from the time the government left the courtroom, until they were allowed to return, and be viewed by court personnel only. Court approval will be needed for a transcript by one of the parties.

The motion was denied by the court.

A scheduling conference is set by telephone before Magistrate Judge Kay for December 14, 2015 @ 10:00 A.M. to set a trial date.

The defendant was advised of his right to appeal within fourteen (14) days.